McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM, CSBN 223876
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-Mail: Wyeth.McAdam@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DEBORAH ANN ESPINOSA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:19-cv-01789-KJN<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE RECORD |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to file and serve the answer and certified administrative record be extended thirty (30) days from March 31, 2020, up to and including April 30, 2020. This is the parties' first stipulation for an extension.

Defendant requests this extension because the Commissioner is unable to access the administrative record. The Commissioner's business process for preparing certified administrative records requires agency staff in the Office of Appellate Operations (OAO) in Falls Church, Virginia to compile the record, copy it to an encrypted compact disc (CD), and mail the CD to the U.S. Attorney's Office. As a result of the public health and safety measures arising

from COVID-19, the physical workspaces of the OAO and the U.S. Attorney's Office are closed. Staff from the U.S. Attorney's Office prepared for the closure by downloading every administrative record that the office had received from the OAO and preparing to file those records from an alternative work site. However, the U.S. Attorney's Office had not yet received the administrative record in this case. At this time, it is unknown whether the record has arrived at the U.S. Attorney's Office in the interim, or if the creation of the record is still in progress at the OAO.

In addition, the undersigned counsel cannot obtain another copy of the administrative record at this time. The public health emergency pandemic has significantly impacted operations in OAO. OAO employees are unable to access their physical offices where this work occurs, and accordingly OAO staff cannot compile records or resend a previously created record to an alternate location.

While Defendant is seeking alternative business processes to overcome these physical barriers, it currently does not have a solution. Therefore, Defendant requests an extension of 30 days to file the administrative record.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 27, 2020 /s/ *Jonathan O. Pena*
(*as authorized via e-mail on March 27, 2020)
JONATHAN O. PENA
Attorney for Plaintiff

Dated: March 27, 2020 McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *S. Wyeth McAdam*
S. WYETH McADAM
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including April 30, 2020, to file the answer and administrative record.

Dated: March 30, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE