JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deborah Ann Espinosa, ) | Case No. 2:19-cv-01789 |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| ) | |
| vs. ) | |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from June 15, 2020, to August 14, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Good cause exists for this request.  Plaintiff's Counsel misread the General Order 615.  Counsel sincerely believed the 45-day time frame would begin upon the Court's Order lifting the stay.  Defendant's Counsel kindly referred us to section 10 of the Order.  As a result, this request for an extension is being filed late. I apologize to the Defendant and Court for this oversight.

Additionally, due to the ongoing pandemic with COVID-19 and the various executive orders throughout Fresno County and now the State of California, along with the recommendations

for Social Distancing, Plaintiff's Counsel is operating with very limited staff.    The Office of Hearings Operations is still conducting telephonic hearings.   As it is required to continue the normal day-to-day tasks involved in developing cases and the requirements of the five-day rule related to submission of evidence to the Administrative Law Judge which is imposed under 20 CFR § 404.935, Counsel must still continue normal operations but with a significantly reduced level of support.

Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: June 17, 2020                    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: June 17, 2020                    MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   *\*/s/ Wyeth McAdam*
Wyeth McAdam
Special Assistant United States Attorney
Attorneys for Defendant
(\*As authorized by email on June 17, 2020)

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  June 18, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

.1789.ext1

3