DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
Dolly@DollyDisabilityLaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN  DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH ANN ESPINOSA,<br><br>             Plaintiff,<br><br>     vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>             Defendant. | Case No. 2:19-CV-01789<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from August 14, 2020, to September 14, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time.  Good cause exists for this request.  Plaintiff's new co-counsel, Dolly Trompeter entered her appearance on July 31, 2020. (Doc 18).  Due to several merit briefs being due on the same week and counsel's recent appearance in this matter, Counsel requires additional time to brief the issues thoroughly for the Court's consideration.  Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: August 5, 2020              PENA & BROMBERG, ATTORNEYS AT LAW

                                   By: */s/ Dolly Trompeter*
                                   DOLLY TROMPETER
                                   Attorneys for Plaintiff


Dated: August 5, 2020              MCGREGOR W. SCOTT
                                   United States Attorney
                                   DEBORAH LEE STACHEL
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

                                   By:  *\*/s/ Wyeth McAdam*
                                   Wyeth McAdam
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant
                                   (*As authorized by email on August 5, 2020)

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: August 7, 2020

                                   _____
                                   KENDALL J. NEWMAN
                                   UNITED STATES MAGISTRATE JUDGE

/1789.ext