McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
S. WYETH McADAM
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-mail: Wyeth.McAdam@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| DEBORAH ANN ESPINOSA, | Case No.: 2:19-cv-01789-KJN |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PROPOSED ORDER** |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, and subject to the approval of the Court, hereby stipulate that Defendant shall have an extension of time of 30 days, up to and including Monday, November 30, 2020, in which to file and serve his response to Plaintiff's Motion for Summary Judgment. Plaintiff shall have 15 days, up to and including December 15, 2020, to file and serve her optional reply.

    Defense counsel needs an extension of time because the attorney responsible for briefing needs additional time to complete review and analysis of the record, consider the issues raised in Plaintiff's brief, determine whether options exist for settlement, accommodate competing workload demands, draft the response, and go through the necessary in-house reviews. This

Stip. & Prop. Order for Ext., 2:19-cv-01789-KJN

request is made in good faith with no intention to delay unduly the proceedings. Counsel apologizes to the Court and Plaintiff for any inconvenience this delay may cause.

This is Defendant's first request for an extension to file a response to Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

Dated: October 28, 2020

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Office of General Counsel
Social Security Administration

By: */s/ Jonathan Omar Pena* *
JONATHAN OMAR PENA
Pena & Bromberg, Attorneys at Law
Attorney for Plaintiff
(*As authorized via e-mail on October 27, 2020   )

*/s/ S. Wyeth McAdam*
S. WYETH McADAM
Special Assistant United States Attorney
Attorneys for Defendant

## ORDER

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, DEFENDANT SHALL FILE HIS OPPOSITION TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE NOVEMBER 30, 2020. PLAINTIFF'S OPTIONAL REPY IS DUE ON OR BEFORE DECEMBER 15, 2020.

Dated:  October 29, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Ext., 2:19-cv-01789-KJN