DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
Dolly@DollyDisabilityLaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN  DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH ANN ESPINOSA,<br><br>           Plaintiff,<br><br>     vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>           Defendant. | Case No. 2:19-CV-01789-KJN<br><br>STIPULATION AND [PROPOSED]<br>ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from ~~December 21, 2020~~ <u>December 15, 2020 (*see* ECF No. 26 at 1)</u> to ~~January 21, 2021~~, <u>January 15, 2021</u> for Plaintiff to serve ~~on~~ defendant with PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT.  ~~All other dates in the Court's Scheduling Order shall be extended accordingly.~~  <u>No further extensions of time will be granted.</u>

This is Plaintiff's fourth request for an extension of time overall, but the first extension on this task.  Good cause exists for this request.  Counsel for Plaintiff has preplanned vacation days for Christmas week, and as such, requires additional time to provide Plaintiff's Reply to Defendant's Opposition.

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Dated: November 30, 2020 |   | PENA & BROMBERG, ATTORNEYS AT LAW |
|   | By: | */s/ Dolly Trompeter* |
|   |   | DOLLY TROMPETER |
|   |   | Attorneys for Plaintiff |
| Dated: November 30, 2020 |   | MCGREGOR W. SCOTT |
|   |   | United States Attorney |
|   |   | DEBORAH LEE STACHEL |
|   |   | Regional Chief Counsel, Region IX |
|   |   | Social Security Administration |
|   | By: | *Wyeth McAdam* |
|   |   | Wyeth McAdam |
|   |   | Special Assistant United States Attorney |
|   |   | Attorneys for Defendant |
|   |   | (*As authorized by email on November 30, 2020) |

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: December 1, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

espi.1789

2